# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:25-mj-307 |
| LISA MIYAMOTO | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* __LISA MIYAMOTO__, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1), Assault on a Federal Officer

Date: 10/20/2025

*Issuing officer's signature:* Jolie A. Russo

City and state: Portland, Oregon

U.S. Magistrate Judge Jolie A. Russo
*Printed name and title*

### Return

This warrant was received on *(date)* 10/21/2025, and the person was arrested on *(date)* 10/21/2025 at *(city and state)* Saint Helens, Oregon.

Date: 10/21/2025

OLIVER G TAPIA
Digitally signed by OLIVER G TAPIA
Date: 2025.10.21 08:20:38 -07'00'
*Arresting officer's signature*

Inspector Oliver Tapia
*Printed name and title*