UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-mj-00307 |
| v. | **PROTECTIVE ORDER PERTAINING** |
| **LISA MIYAMOTO,** | **TO DISCOVERY** |
| **Defendant.** | |

Upon motion of the United States, this Court being advised as to the nature of this case, it is hereby:

ORDERED that pursuant to Rule 16(d)(1), Federal Rules of Criminal Procedure, counsel for defendant shall not provide defendant with copies of any discovery material produced by the government which contain:

(a) personal identifying information of any Law Enforcement Officer, including without limitation, any individual's name, date of birth, social security number, address, telephone number, badge number ("Law Enforcement Information") <u>unless defense counsel first redacts the Law Enforcement Information from the discovery material</u>. Law Enforcement Officer names can be redacted as AV (Adult Victim) or AW (Adult Witness) or AF (Affiant);

IT IS FURTHER ORDERED that counsel of record shall not provide discovery materials to any persons other than the defendant, the defense team, persons who are interviewed as potential witnesses, counsel for potential witnesses, and other persons to whom the Court may authorize disclosure (collectively, "authorized persons"). Potential witnesses and their counsel

may be shown redacted copies of the materials as necessary to prepare the defense, but they may not retain copies without prior permission of the Court.

Dated: October 23 , 2025.

                                                    */s/ Jolie A. Russo*
THE HONORABLE JOLIE A. RUSSO
United States Magistrate Judge

Presented by:

SCOTT E. BRADFORD
United States Attorney

*/s/ Andrew T. Ho*
ANDREW T. HO, OSB #185047
Assistant United States Attorney